SO ORDERED: January 14, 2014.

Basil H. Lorch III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
DAVID M MATTHEWS
MICHELLE K MATTHEWS                                        CASE NO. 13-91038-BHL-13
DEBTORS

### ORDER ON DEBTORS' OBJECTION TO CLAIM

The Debtors' Objection to Claim No. 17 filed by eCast Settlement Corp, Assignee of Capital One, N.A. comes before the Court after notice. As to the claim set out in this objection, no response was filed.

The Court now ORDERS that the claim to which the Debtors objected will be treated as an unsecured claim.

###